HARRINGTON COMPANY, appellant,

*v.*

HENRY MEYERS BOGERT, respondent.

[Decided May 20th, 1929.]

*Mr. Harry B. Brockhurst,* for the appellant.

*Mr. Ward G. Berry,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis, and reported in *104 N. J. Eq. 92.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, KALISCH, BLACK, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.